# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL L. OETZEL, | ) |
| Plaintiff, | ) Case No. 2:16-cv-02589-JCM-GWF |
| vs. | ) **ORDER** |
| HYUNDAI CAPITAL AMERICA, | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's Motion to Appear Telephonically at January 24, 2017 Hearing (ECF No. 20), filed on January 19, 2017.

Counsel for Defendant Hyundai Capital America requests leave to appear telephonically for the Motion to Stay (ECF No. 11) hearing set for Tuesday, January 24, 2017 at 9:30 AM. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Appear Telephonically at January 24, 2017 Hearing (ECF No. 20) is **granted**. John P. Boyle, Esq. may appear telephonically for the hearing set for Tuesday, January 24, 2017 at 9:30 AM. Counsel is instructed to call the Audio Conference Line at(888) 251-2909, access code 7771745, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

DATED this 20th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge