# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CRYSTAL L. OETZEL, | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02589-JCM-GWF |
| vs. | ) | **ORDER** |
| HYUNDAI CAPITAL AMERICA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Seventh Stipulation to Extend Stay (ECF No. 40), filed on July 26, 2017.

On January 24, 2017, the Court granted Defendant's Motion to Stay (ECF No. 11) pending a decision of the D.C. Circuit Court of Appeals in *ACA International v. Federal Communications Commission*. ECF No. 22. The Court granted each of the parties' subsequent stipulations to extend the stay. ECF Nos. 27, 31, 33, 35, 38. The parties request an additional 30 day extension of the stay pending a ruling in *ACA International*.

The Court grants the parties' seventh stipulation to extend the stay until August 31, 2017. The parties shall, however, file a status report within seven (7) days of this order informing the Court of the status of the appeal and/or when the decision in *ACA International* may be anticipated. If the parties have no further information, they should so state. Accordingly,

**IT IS HEREBY ORDERED** the parties' Seventh Stipulation to Extend Stay (ECF No. 40) is **granted**.

**IT IS FURTHER ORDERED** that the parties file a status report no later than **August 3, 2017**.

DATED this 27th day of July, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge