**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CRYSTAL L. OETZEL,

        Plaintiff,

vs.

HYUNDAI CAPITAL AMERICA,

        Defendant.

Case No. 2:16-cv-02589-JCM-GWF

**ORDER**

This matter is before the Court on the parties' Stipulation to Stay (ECF No. 42), filed on July 28, 2017.

The parties request that the Court stay this matter until such time as the D.C. Circuit Court issues its decision in the *ACA International* case. In order for the Court to keep track of this case, the Court will grant the parties' request for a stay but only for 90 days. If the D.C. Circuit Court has not entered a decision prior to the expiration of the stay, the parties may move for an extension. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Stay (ECF No. 42) is **granted**. This case is stayed until **October 30, 2017**.

DATED this 31st day of July, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge