Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

*Attorneys for Plaintiff Crystal L. Oetzel*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Crystal L. Oetzel, | Case No. 2:16-cv-02589-JCM-GWF |
| Plaintiff, | **Stipulation of Dismissal** |
| v. | |
| Hyundai Capital America, *doing business as* Hyundai Motor Finance, | |
| Defendant. | |

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff
2    Crystal L. Oetzel ("Plaintiff") and Defendant Hyundai Capital America, doing
3    business as Hyundai Motor Finance ("Defendant") stipulate to dismiss with
4    prejudice the above-captioned action. Each party will bear its own costs,
5    disbursements, and attorney fees.

7    DATED this 9th day of August 2018.

9    **KAZEROUNI LAW GROUP, APC**

     By: /s/ Michael Kind
     Michael Kind, Esq.
     6069 S. Fort Apache Rd., Ste. 100
     Las Vegas, NV 89148
     *Attorneys for Plaintiff*

     **MOSS & BARNETT**

     By: /s/ Terese A. West
     Terese A. West
     150 S. 5th Street, Ste. 1200
     Minneapolis, MN 55402
     *Attorneys for Hyundai Capital America*

                             IT IS SO ORDERED.

                             *[signature]*
                             UNITED STATES DISTRICT JUDGE
                                    August 10, 2018
                             Dated: _____